# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

In re

**JOSEPH H KRUTSCH,**

Debtor.

Case No. **18-60805-7**

## *O R D E R*

At Butte in said District this 31ˢᵗ day of October, 2018.

In this Chapter 7 bankruptcy case the Trustee filed on October 31, 2018, an Application to approve employment of Michael D. Crane and Chapter 7 Solutions, LLC, as short-sale lien negotiator for the estate to assist the Trustee with the sale of estate property in Helena, Montana. Upon review of the application and attached affidavit of Michael Crane, and it appearing that Michael D. Crane and Chapter 7 Solutions, LLC, is licensed and experienced, and the Court being satisfied that said professional represents no interest substantially adverse to the estate in the matters which this case concerns, and that employment of Michael D. Crane and Chapter 7 Solutions, LLC, is necessary and in the best interests of the estate,

**IT IS HEREBY ORDERED** the Trustee's Application to approve employment of professional, filed October 31, 2018, is approved and the Trustee is authorized to employ Michael D. Crane and Chapter 7 Solutions, LLC, as short-sale lien negotiator for the

estate under the terms provided in the Application. All compensation awarded and paid to said professional shall be subject to Court approval after proper application.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana